UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-cr-390 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **DARRIUS L. BOYKINS,** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney G. Michael Harvey, at telephone number 202-305-2195 and/or email address Michael.Harvey2@usdoj.gov. Mr. Harvey will substitute for Assistant United States Attorney Tonya Sulia as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
G. Michael Harvey
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 305-2195

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, David Bos, this 15th day of November, 2005.

                                                         _____
                                                         G. Michael Harvey
                                                         Assistant United States Attorney

Case 1:05-cr-00390-JR    Document 3    Filed 11/15/2005    Page 2 of 2