UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No.: 05-390 (EGS) |
| | : | |
| v. | : | |
| | : | |
| DARIUS BOYKINS | : | |

## NOTICE OF FILING

    The government requests that the attached letter dated November 17, 2005 and the attachments thereto, be made part of the record in this case.

    Respectfully Submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
Michael Harvey
Assistant United States Attorney
U.S. Attorney's Office
Federal Major Crimes, Bar No. 447-465
Room 4243
Washington, D.C. 20530
(202) 305-2195