IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 05-390 (JR) |
| ) | |
| DARRIUS BOYKINS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Defendant, Darrius Boykins, through undersigned counsel, respectfully moves the Court to continue the status hearing in this case, presently scheduled for January 10, 2006, until the week of January 23, 2006, to allow the Defendant to attend his mother's funeral on the 10th and for the parties to complete plea negotiations in this case. In support of this motion, counsel states:

1. The Defendant's status hearing is presently scheduled for January 10, 2006. Late last week, the Defendant mother passed away and her funeral is scheduled for the morning of the 10th. The parties fully expect that this case will be resolved via a guilty plea but the parties have not been able to complete plea negotiations. Those negotiations are expected to be completed by January, 20, 2006.

2. Counsel therefore requests that the status hearing in this case be continued until the week of January 23, 2006.

3. The Government, per Assistant United States Attorney Michael Harvey, does not oppose this request.

WHEREFORE, counsel for the Defendant respectfully request that this motion be

granted.

>Respectfully submitted,
>
>A.J. KRAMER
>FEDERAL PUBLIC DEFENDER
>
>/s/
>_____
>David W. Bos
>Assistant Federal Public Defender
>625 Indiana Avenue, N.W.
>Suite 550
>Washington, D.C.  20004
>(202) 208-7500

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2006, I caused a copy of the foregoing Motion to be served upon Michael Harvey, Assistant United States Attorney, of the Office of the United States Attorney.

>/s/
>_____
>David W. Bos
>Assistant Federal Public Defender