IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal No. 05-390 (JR) |
| | ) | |
| **DARRIUS BOYKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**O R D E R**

Upon consideration of Defendant Darrius Boykins' Motion to Continue Status Hearing, it is this ____ day of _____, 2006, hereby

**ORDERED** that defendant Boykins' motion is granted.

_____
The Honorable James Robertson
United States District Judge

Copies to:

David W. Bos, AFPD
625 Indiana Avenue, N.W. #550
Washington, D.C. 20004
(202) 208-7500

Michael Harvey, AUSA
555 4th Street, N.W.
Washington, D.C. 20001
(202) 305-2195