UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-390 (JR) |
| | ) | |
| DARRIUS BOYKINS | ) | |

**UNOPPOSED MOTION TO MODIFY CURFEW**

COMES NOW, the defendant, through Joseph Conte, 400 Seventh St., N.W., Suite 400, Washington, D.C. 20004 to respectfully request this Honorable Court to modify his curfew to 12:00 midnight to 6:00 a.m. As grounds for this motion counsel would state:

1. The defendant is currently in the High Intensity Supervision Program pending resolution of the charges against him. The defendant was placed in the program on Friday, February 23, 2006.

2. The defendant coaches basketball for teenagers in the District of Columbia and then drives many of the students home afterward. If he does so he cannot make the 10:00 p.m. curfew required by the High Intensity Supervision Program.

3. Additionally, the defendant is in driving classes as a result of his conviction for Driving While Intoxicated which occurred at the same time as his arrest in the instant case. Those classes on Tuesdays and Thursdays do not conclude until 10:00 p.m. Given the current curfew the defendant will either be in violation of his probation for not attending the entire class or in violation

of this court's release order if he is not home by 10:00 p.m.

      4.  Assistant U.S. Attorney gordon M. Harvey does not oppose this motion.

WHEREFORE counsel respectfully requests that this motion be granted.

      Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
400 Seventh St., N.W., #400
Washington, D.C. 20004
202.638.4100
Fax: 202.628.0249

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion to Modify Curfew was served by Electronic Case Filing this 28th day of February, 2006.

_____
Joseph R. Conte