UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 05-390 (JR) |
| ) | |
| DARRIUS BOYKINS ) | |

**O R D E R**

This matter is before the court on the defendant's Unopposed Motion to Amend Curfew and the Court having reviewed the motion and for good cause shown it is this _____, day of _____, 2006,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the defendant's curfew shall run from 12:00 midnight to 6:00 a.m.

**SO ORDERED**

_____
James Robertson

Copies to:

Joseph R. Conte, Esquire
400 Seventh St., N.W., #400
Washington, D.C. 20004
Counsel for Darrius Boykins

Mr. Gordon M. Harvey, Esquire
Asst. U.S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20001
Counsel for the United States