AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

APPEARANCE

CASE NUMBER: 05- 390 (JR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Darius Boylkin

**FILED**

MAR 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mar 12, 06
Date

MD 01530
BAR IDENTIFICATION NO.

_____
Signature

Hughie Hunt
Print Name

4920 Niagara Rd 206
Address

College Park   MD   20740
City          State    Zip Code

301 982 0888
Phone Number