## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**          *

**vs.**          *          **Cr. No.: 05-390(JR)**

**DARRIUS BOYKINS**          *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>LINE</u>

Please enter the appearance of Hughie D. Hunt, II, Esq. as Attorney for the Defendant in the above captioned case.

Respectfully submitted,

**KEMET & HUNT PLLC**

_____
Hughie D. Hunt, II, Esq.
Bar# 15030
4920 Niagara Road, Suite 206
College Park, MD 20740
(301) 982-0888
Attorney for Defendant

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing Line was sent by Electronic Case Filing this 30th day of March, 2006.

_____
Hughie D. Hunt, II, Esq.