UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Cr. No.: 05-390(JR) |
| **DARRIUS BOYKINS** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION TO MODIFY CURFEW**

COMES NOW, the Defendant, Darrius Boykins, by and through his attorneys Kemet & Hunt, PLLC, and Hughie Hunt, Esq., to respectfully request this Honorable Court to modify his curfew on March 31, 2006, and April 1, 2006 allowing him to extend his reporting time until April 2, 2006, at 12:00 midnight, and as grounds states:

1. The defendant wants to travel out of town to visit his grandmother in Appomattox, Virginia who has been seriously ill. The trip will interfere with the curfew required by the High Intensity Supervision Program on Friday and Saturday.

2. Additionally, the defendant will report to his curfew at 12:00 Midnight on Sunday, April 2, 2006.

3. Assistant U.S. Attorney Gordon M. Harvey does not oppose this motion.

WHEREFORE counsel respectfully requests that this motion be granted.

Respectfully submitted,

Kemet & Hunt, PLLC

_____
Hughie D. Hunt, Esq.
Bar# 15030
4920 Niagara Road, Suite 206
College Park, MD 20740
(301) 982-0888
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion to Modify Curfew was sent by Electronic Case Filing this 30th day of March, 2006.

_____
Hughie Hunt, Esq.