UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Cr. No.: 05-390(JR) |
| DARRIUS BOYKINS | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter is before the court on the Defendant's <u>Unopposed Motion to Amend Curfew</u> and the Court having reviewed the motion and for good cause shown it is this ____ day of _____ ,2006,

**ORDERED** that the Defendant's motion should be and hereby is GRANTED, and it is

**FURTHER ORDERED** that the Defendant shall be excused from reporting to curfew on Friday March 31, 2006 and Saturday April 1, 2006 and the Defendant shall return and report for curfew on Sunday April 2, 2006 at 12 midnight when his normal curfew will be reinstated,

**SO ORDERED**

_____
Judge James Robertson

cc:   Hughie D. Hunt, II
      4920 Niagara Road, Suite 206
      College Park, MD 20740


      Mr. Gordon M. Harvey, Esquire
      Asst. U.S. Attorney
      555 Fourth St., N.W.
      Washington, D.C. 20001
      Counsel for the United States

\\D6fgms11\law clients\Boykin, Darrius\Order.doc