UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Cr. No.: 05-390(JR) |
| **DARRIUS BOYKINS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## Notice

**COMES NOW**, the Defendant, Darrius Boykins, by and through his attorneys Kemet & Hunt, PLLC, and Hughie Hunt, Esq., correcting Docket entry thirteen and respectfully requesting this Honorable Court to enter an Order concerning the Defendant's Unopposed Motion to Modify Curfew.

**WHEREFORE**, counsel respectfully requests that this Court enter the order attached to this notice.

Respectfully submitted,

**KEMET & HUNT, PLLC**

_____
Hughie D. Hunt, II, Esq.
Bar# 15030
4920 Niagara Road, Suite 206
College Park, MD 20740
(301) 982-0888
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Unopposed Motion to Modify Curfew was sent by Electronic Case Filing this 30th day of March, 2006.

_____
Hughie D. Hunt, II, Esq.

Case 1:05-cr-00390-JR   Document 14   Filed 03/31/2006   Page 2 of 2