**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 05-CR-390(JR)** |
| | : | |
| | : | |
| **BOYKINS, DARRIUS, L.** | : | |
| **a/k/a Darius L. Boykin** | : | |
| **a/k/a Darrius Lonnell Boykin** | : | |

## CONSENT MOTION TO CONTINUE SENTENCING

1.      That Defendant is in the Federal City Recovery Program's 30-day  residential treatment program set to be released on August 23, 2006 and has been in this program since July 25, 2006;

2.      That Defendant is set for release on August 23, 2006 and needs additional time to prepare for Sentencing;

3.      That the Government consents to this request and the Government requests a date after September 5, 2006;

4.      Undersigned Counsel is available on September 7, 8, 11, 13, 14.

WHEREFORE, the above premises considered, the Defendant respectfully requests that this matter be continued until after September 5, 2006.

Respectfully submitted,

**KEMET & HUNT, PLLC**

_____
Hughie D. Hunt, II, Esq.
Bar# 15030
4920 Niagara Road, Suite 206
College Park, MD 20740
(301) 982-0888
Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing Consent Motion to Continue Sentencing was sent to G. Michael Harvey, Esq. by Electronic Case Filing this 22nd day of August, 2006.


_____

Hughie D. Hunt, II, Esq.