IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 05-CR-390(JR) |
| : | |
| : | |
| BOYKINS, DARRIUS, L. : | |
| a/k/a Darius L. Boykin : | |
| a/k/a Darrius Lonnell Boykin : | |

## ORDER

This matter is before the Court on the Defendant's Consent Motion to Continue Sentencing and the Court having reviewed the Motion and for good cause shown it is this _____ day of _____, 2006;

**ORDERED** that the Defendant's Motion should be and hereby is GRANTED, and it is

**FURTHER ORDERED** that the Sentencing set for August 23, 2006 at 10:00 a.m. is continued until _____.

**SO ORDERED**

_____
Judge James Robertson

cc: Hughie D. Hunt, II, Esq.
4920 Niagara Road, Suite 206
College Park, MD 20740

G. Michael Harvey, Esq.
Asst. U.S. Attorney
555 Fourth St., N.W.
Washington, D.C. 20001
Counsel for the United States