UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         *

vs.                                  *        Cr. No.: 05-390(JR)

**DARRIUS BOYKINS**                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO TERMINATE RELEASE CONDITIONS

**COMES NOW**, the Defendant, Darrius Boykins, by and through his attorneys Kemet & Hunt, PLLC, and Hughie Hunt, Esq., to respectfully request this Honorable Court to terminate his placement in the High Intensity Supervision Program, and as grounds states:

    1. The defendant wants to travel out of town to visit his grandmother freely in Appomattox, Virginia who has been seriously ill. The Defendant also wishes to visit freely with other family and to handle other personal affairs before beginning his sentence.

    2. Additionally, the defendant has appeared at all hearings and is not a flight risk and will report as directed by bureau of prison to start his 18 month sentence.

    3. Assistant U.S. Attorney Gordon M. Harvey was contacted and opposes this motion.

**WHEREFORE**, counsel respectfully requests that this motion be granted.

Respectfully submitted,

**KEMET & HUNT, PLLC**

_____
Hughie D. Hunt, II, Esq.
Bar# 15030
4920 Niagara Road, Suite 206
College Park, MD 20740
(301) 982-0888
Attorney for Defendant

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Unopposed Motion to Modify Curfew was sent by Electronic Case Filing this 18th day of September, 2006.

_____
Hughie D. Hunt, II, Esq.