UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**          *

vs.                                   *       Cr. No.: 05-390(JR)

**DARRIUS BOYKINS**                   *

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter is before the court on the Defendant's Motion to Terminate Supervision, the Court having reviewed the motion and for good cause shown it is this____ day of _____,2006,

**ORDERED** that the Defendant's motion should be and hereby is GRANTED, and it is

**FURTHER ORDERED** that the Defendant's placement in the High Intensity Supervision Program is hereby terminated and the Defendant is released on his own recognizance pending his reporting as directed by the Bureau of Prisons to begin his term of incarceration.

**SO ORDERED**

_____
Judge James Robertson

cc:    Hughie D. Hunt, II
       4920 Niagara Road, Suite 206
       College Park, MD 20740


       Mr. Gordon M. Harvey, Esquire
       Asst. U.S. Attorney
       *555* Fourth St., N.W.
       Washington, D.C. 20001
       Counsel for the United States