UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 05- cr-390 (JR)** |
| : | |
| v : | |
| : | |
| **DARRIUS BOYKINS** : | |

**ORDER**

Upon consideration of the Defendant's Motion to Terminate Release Conditions, the Government's opposition thereto, and the entire record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Defendant's motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

Hughie D. Hunt, II
4920 Niagara Road, Suite 206
College Park, MD 20740