FILED

OCT 0 3 2006



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05- cr-390 (JR) |
| v | : | |
| DARRIUS BOYKINS | : | |

### ORDER

Upon consideration of the Defendant's Motion to Terminate Release Conditions, the Government's opposition thereto, and the entire record herein, it is this ___ day of _____, 2006, hereby

ORDERED, that the Defendant's motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE

copies to:

AUSA G. Michael Harvey
555 4th St., N.W., Room 4243
Washington, DC 20530

Hughie D. Hunt, II
4920 Niagara Road, Suite 206
College Park, MD 20740