HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

FILED

OCT 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Darius L. Boykins                    Docket No.: CR 05-390-01

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Darius L. Boykins  having been sentenced, on September 7, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Fairton  , in   Fairton, NJ   by 2 p.m., on   October 24, 2006  .

_10/16/06_
Date

_(signature)_
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_(signature)_
ATTORNEY/U.S. PROBATION OFFICER

_(signature)_
DEFENDANT

Revised 6-2004